26613. CITY INVESTMENT CO. *v.* CRAWLEY.

SUTTON, J. 1. "Where a case is tried in the municipal court of Atlanta, DeKalb division, and a verdict and judgment are rendered therein, the losing party may within thirty days from the rendition of the verdict and judgment, legally carry the case by certiorari to the superior court of DeKalb County by properly excepting to such verdict and judgment, without first making a motion for new trial, as prescribed by the act of 1929 (Ga. L. 1929, p. 368, sec. 2 (b), (c))." *City Investment Co.* v. *Crawley*, 187 *Ga.* 48 (199 S. E. 747).

2. "The losing party in such a case may legally except to such verdict and judgment by filing a motion for new trial, thirteen days after the rendition of such verdict and judgment, but during the same term of court at which the verdict and judgment were rendered." *City Investment Co.* v. *Crawley*, supra.

3. Accordingly where, as in this case, a verdict and judgment in favor of the defendant were rendered on September 5, 1935, in the municipal court of Atlanta, DeKalb division, and a motion for new trial, together with a brief of the evidence, was filed thirteen days after the rendition of the verdict and judgment, but during the same term of court, which motion was dismissed by the judge of the municipal court on the ground that it was filed too late, and where, on September 30, 1935, a writ of certiorari was sued out to the superior court, in which error was assigned on the verdict and judgment rendered September 5, 1935, and also on the judgment dismissing the motion for new trial rendered September 23, 1935, it was error for the judge of the superior court to dismiss the

writ of certiorari on the grounds (1) that the writ of certiorari will not lie to any judgment or ruling of the municipal court of Atlanta, DeKalb division, except to the judgment of the court overruling a motion for new trial; and (2) that no motion for new trial was made to any of the judgments, orders, or rulings complained of.

*Judgment reversed. Stephens, P. J., and Felton, J., concur.* .

DECIDED NOVEMBER 30, 1938.

*Ezra E. Phillips,* for plaintiff.
*Thomas B. Clarkson, Noah J. Slone,* for defendant.